UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| STATE OF MAINE, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | No. 2:21-cv-00163-LEW |
| MICHAEL DOYLE, | ) | |
| Defendant | ) | |

## **ORDER DISMISSING CASE**

Purporting to be the defendant in a criminal proceeding that is not actually pending in state court, Michael Doyle filed a notice of removal in an attempt to institute a proceeding in this Court. Evidently by way of explanation, Mr. Doyle attached to his notice a copy of a cease and desist letter authored on June 10 (two weeks ago) by Charles Rumsey, Chief of Police for the Town of Cumberland. Although the letter cautions Mr. Doyle pursuant to 17-A M.R.S. § 506-A, it does not (obviously) institute a court proceeding against Mr. Doyle.

Federal courts are courts of limited jurisdiction. Federal law permits the removal to federal court of certain civil actions or (very rarely) criminal prosecutions pending in state court, 28 U.S.C. §§ 1441, 1443, but it nowhere authorizes the "removal" of a cease and desist notice. Plaintiff's attempt to institute legal proceedings while styling himself the defendant constitutes a frivolous filing and his case is summarily DISMISSED as such.

Mr. Doyle is HEREBY CAUTIONED that further frivolous filings may result in an order restricting his ability to institute legal proceedings in this court. *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993). This is at least the third time that Mr. Doyle has instituted proceedings in this Court without complying with the most basic rules. Twice before he has had actions dismissed for refusing to substantiate his allegations of insufficient income to pay filings fees[1] and now he has instituted a baseless proceeding while once more failing to observe the need to either pay the filing fee or demonstrate his inability to do so. Such restrictions could include mandatory screening of his complaints regardless of whether he pays the filing fee.

**SO ORDERED.**

Dated this 24th day of June, 2021.

                                                /s/ Lance E. Walker
                                                UNITED STATES DISTRICT JUDGE

---

[1] *See Doyle v. Warren*, No. 2:17-CV-00013-NT (additionally dismissed for failure to state a claim and noting four prior matters dismissed on the pleadings); *Doyle v. Town of Scarborough*, No. 2:15-CV-00227-JAW. The four prior matters listed in *Warren* are the *Scarborough* matter and *Doyle v. Falmouth Police Department*, No. 2:14-cv-00259-JDL; *Doyle v. State of Maine*, No. 2:15-cv-00078-JAW; and *Doyle v. Falmouth Town Council*, No. 2:16-cv-00215-JDL. Another matter dismissed for failure to state a claim, after being removed from state court by the defendant, is *Doyle v. Town of Falmouth*, 2:19-cv-229-NT.